IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO.: CR202-36 |
| v. | ) | |
| | ) | |
| MITCHELL E. TOMBERLIN, | ) | |

## ORDER

The United States Probation Office has filed a Report alleging that Defendant violated the conditions of his supervised release. Defendant was subsequently arrested, and counsel was appointed to represent him. Defendant Tomberlin, after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Mitchell E. Tomberlin be held for a revocation hearing.

**SO ORDERED**, this 7th day of December, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)