AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 JAN -4 P 2: 20

CLERK _C.aldwell_
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Mitchell E. Tomberlin | Case Number: CR202-00036-001 |
| | USM Number: 11294-021 |
| | G. Todd Carter |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of a standard and a mandatory condition of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant associated with a person convicted of a felony and was not granted permission to do so by the probation officer (standard condition). | May 19, 2007 |
| 2 | The defendant committed another Federal, state, or local crime (mandatory condition). | May 19, 2007 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-7820

Defendant's Date of Birth: August 18, 1972

January 3, 2008
Date of Imposition of Judgment

_Signature_
Signature of Judge

Defendant's Residence Address:
37 West Pecan Street
Surrency, Georgia 31563

Defendant's Mailing Address:
P.O. Box 146
Surrency, Georgia 31563

Judge, U.S. District Court
Name and Title of Judge

1-4-08
Date

DEFENDANT: Mitchell E. Tomberlin
CASE NUMBER: CR202-00036-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __18 months__ .

[X] The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be imprisoned at the facility located in Jesup, Georgia.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

United States Marshal

By _____

Deputy United States Marshal